

FITZPATRICK, CELLA, HARPER & SCINTO

BRIAN L. KLOCK
bklock@fchs.com
(202) 721-5427

www.fitzpatrickcella.com

WASHINGTON
975 F Street, N.W.
Washington, D.C. 20004-1462
T 202-530-1010
F 202-530-1055

February 22, 2013

VIA ECF

The Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re: *Image Processing Technologies, LLC v. Canon Inc. et al.*, 2:10-cv-03867 (SJF/ETB)

Dear Judge Feuerstein:

Plaintiff Image Processing Technologies, LLC and Defendants Canon Inc. and Canon U.S.A., Inc. hereby inform the Court that they have reached a settlement in principle and are now preparing a written Settlement Agreement.

A jury trial is scheduled to commence in this case on April 15, 2013, and the parties are awaiting Your Honor's decision regarding various motions for summary judgment and motions to strike certain evidence. Magistrate Judge Boyle issued his Report and Recommendation concerning those motions on December 13, 2012, and the parties have filed Objections to the Report and Responses to those Objections.

In view of the settlement, the parties request that Your Honor remove this case from the Court's trial calendar and suspend further consideration of the pending motions. The parties will file a joint stipulation requesting dismissal of this action as soon as the Settlement Agreement is executed.

Respectfully submitted,

/s/ Brian L. Klock

Brian L. Klock
*Attorney for Canon Inc. and Canon U.S.A., Inc.*