# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois  60654

| | | |
|---|---|---|
| Bryce A. Budin<br>To Call Writer Directly:<br>(312) 862-7040<br>bryce.budin@kirkland.com | (312) 862-2000<br><br>www.kirkland.com | Facsimile:<br>(312) 862-2200 |

March 26, 2013

**FILED VIA ECF** — Joint Request for Extension of Deadline to Re-Open Case

Honorable Judge Sandra J. Feuerstein
United States District Court for the Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

Re: *Image Processing v. Canon*, Case No. 2:10-cv-03867 (SJF)(ETB)— Joint Request for Extension of Deadline to Re-Open Case to May 1, 2013

Dear Judge Feuerstein:

Plaintiff Image Processing Technologies, LLC, and Defendants Canon Inc. and Canon U.S.A. Inc., jointly request an extension of the date to re-open the above-captioned litigation to May 1, 2013.

As the parties informed this Court on February 22, 2013 (Docket No. 193), the parties have reached a settlement agreement in principle, and Your Honor dismissed the case with leave to re-open the litigation by April 1, 2013.  *See* Docket No. 194.  The parties have been diligently working towards finalizing the agreement, but do not expect it to be finalized by April 1, 2013.

Therefore, the parties jointly request this Court to grant leave to re-open this case on or before May 1, 2013.

If I can be of any assistance regarding this issue, I can be contacted directly at (312) 862-7040.

Respectfully submitted,

*/s/ Bryce A. Budin*

Counsel for Plaintiff Image Processing Technologies, LLC